UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ESCOBAR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, et al., <br><br> Defendants. | No. CV 10-9976 CBM (CW) <br><br> JUDGMENT |

Consistent with the Court's Order Granting Defendants Mortgage Electronic Registration Systems, Inc., Contrywide Home Loans, Inc., and Recontrust Company's Motion to Dismiss, issued herewith, Judgment is hereby entered in favor of Defendants on Plaintiffs' Truth in Lending Act claim.

**IT IS SO ORDERED.**

DATED: April 28, 2011    By _____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1